# EXHIBIT 1

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 145237 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 11/25/2020 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER GENERATIONS AT REGENCY | | STREET ADDRESS, CITY, STATE, ZIP CODE 6631 MILWAUKEE AVENUE NILES, IL 60714 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 000 | INITIAL COMMENTS<br><br>COMPLAINT INVESTIGATION:<br><br>ID 2097112 / IL 126617 - F689<br>ID 2096796 / IL 126240 - No Deficiency<br>ID 2096594 / IL 126002 - No Deficiency<br>ID 2097594 / IL 127145 - No Deficiency<br>ID 2096259 / IL 125583 - F689<br>ID 2093368 / IL 122520 - No Deficiency<br><br>Incident Report Investigation to Incident of 07/17/2020 / IL 126172 - No Deficiency | F 000 | | |
| F 689 SS=E | Free of Accident Hazards/Supervision/Devices<br>CFR(s): 483.25(d)(1)(2)<br><br>§483.25(d) Accidents.<br>The facility must ensure that -<br>§483.25(d)(1) The resident environment remains as free of accident hazards as is possible; and<br><br>§483.25(d)(2) Each resident receives adequate supervision and assistance devices to prevent accidents.<br>This REQUIREMENT is not met as evidenced by:<br>Based on observation, interviews and record reviews, the facility failed to ensure that gait belts are used during transfer, failed to implement two person extensive assistance during transfer for a resident with Left sided Hemiplegia and Hemiparesis; and failed to follow policy related to the identification of resident's individual risks and implementation of appropriate interventions in preventing falls and injury for four (R2, R3, R5 and R8) of five residents in the sample of 16 reviewed for falls, accidents and supervision. | F 689 | | 12/16/20 |

| LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE Electronically Signed | TITLE | (X6) DATE 12/16/2020 |
|---|---|---|

Any deficiency statement ending with an asterisk (*) denotes a deficiency which the institution may be excused from correcting providing it is determined that other safeguards provide sufficient protection to the patients. (See instructions.) Except for nursing homes, the findings stated above are disclosable 90 days following the date of survey whether or not a plan of correction is provided. For nursing homes, the above findings and plans of correction are disclosable 14 days following the date these documents are made available to the facility. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 12/24/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 145237 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br>C<br>11/25/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| GENERATIONS AT REGENCY | 6631 MILWAUKEE AVENUE<br>NILES, IL 60714 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|

F 689 | Continued From page 1
Findings include:

1. R2 is an 84 year old, female, admitted in the facility on 07/09/20 with diagnoses of Unspecified Dementia Without Behavioral Disturbance; Muscle Weakness, Generalized; and unspecified Abnormalities of Gait and Mobility.

Hospital records dated 08/27/20 indicated that R2 had Left Hip Revision, Open Reduction Internal Fixation for periprosthetic fracture on left hip.

Care Plans on Falls, edited 09/22/20 documented:
Approach: Provide (R2) with safety devices/appliance: bedside floor mats
start date - 9/2/20; edited 9/11/20
Approach: Give (R2) verbal reminders not to ambulate/transfer without assistance
start date - 8/7/20; edited 8/26/20
Approach: Keep call light in reach at all times
started - 8/7/20; edited 8/26/20
Approach: Keep personal items and frequently used items within reach
started 8/7/20; edited 8/2620

Progress Notes dated 08/25/20 documented that V13 (Certified Nurse Assistant, CNA) reported that R2 was sitting on the floor mat next to her bed. R2 was asked on how fall occurred, stated she was reaching for something on the floor and fell. There were no pertinent findings found upon assessment at the time.

Incident Report dated 08/26/20 recorded that R2 complained of pain in the left hip area. STAT (immediate) X-Ray to left hip and unilateral pelvis was ordered. Results came back indicating acute displaced fracture involving the L proximal

F 689 | V13
LNo

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 12/24/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 145237 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 11/25/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| GENERATIONS AT REGENCY | 6631 MILWAUKEE AVENUE NILES, IL 60714 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 689 | Continued From page 2 femoral shaft displacing the femoral shaft component of the total hip replacement laterally. She was sent to the hospital as ordered.<br><br>On 11/17/20 at 2:58 PM, V15 (Licensed Practical Nurse) was asked regarding R2's fall incident. He stated, "On 08/25/20, V13 told me that she (R2) was sitting on the floor mat next to her bed. I went to her room and assessed her. She was calm, not screaming. Unable to elaborate what happened and what was going on. My assumption was she wanted to go to the bathroom and she fell on the floor mat. She has a behavior of going into the bathroom without call light assistance. She is confused, she is on the dementia floor."<br><br>V13 was also asked regarding R3. She stated, "I just found her (R2) on the floor mat sitting. I called V15 and told him she (R2) was on the floor. She is a fall risk because she has a behavior of getting up from bed."<br><br>V3 (Director of Nursing) stated during an interview on 11/19/20 at 10:56 AM, "The cause of her fracture was the fall because she was reaching something on the floor. She is alert, oriented, confused. But for the most part, she is alert and oriented and able to verbalize needs. In terms of interventions, we do education on her; personal belongings should be within reach. I couldn't prevent her from getting out of bed or from reaching something. So her call light should be within reach."<br><br>V5 (Restorative Director) was also interviewed regarding R2's fall incident. She stated, "I believe she attempted to self-transfer and ambulate on her own and fell in her room next to her bed, on the floor. Sometimes she is confused but can be | F 689 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 12/24/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 145237 | (X2) MULTIPLE CONSTRUCTION A. BUILDING ___ B. WING ___ | (X3) DATE SURVEY COMPLETED C 11/25/2020 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER GENERATIONS AT REGENCY | | STREET ADDRESS, CITY, STATE, ZIP CODE 6631 MILWAUKEE AVENUE NILES, IL 60714 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|

F 689 | Continued From page 3

redirected. I am not aware of her behavior of getting up before fall incident. She did not complain of anything but the next day, she complained of pain in her hip. She sustained fracture on the left femur. They did an assessment post fall and ROM (range of motion) was fine but the next day, she had pain that is why X-Ray was done."

On 11/19/20 at 10:15 AM, V31 (Nurse Practitioner, NP) verbalized, "The cause of her (R2) fracture was the fall she had. Interventions in preventing falls include the use of bed alarms; monitoring closely as often as staff can. All staff has to monitor; her bed should be low; her room should be near nurses' station; and the use of floor mats. For confused residents like her (R2), call light is okay if she can use it but for Dementia, it's not applicable, depends on how she absorbs instructions."

Social Services Note dated 08/13/20 documented that R2 scored 6 on her BIMS (Brief Interview for mental Status) which indicates she has severe cognitive impairment.

R2's care plans on falls does not address any behavior risk factor due to cognitive level.

2. On 11/17/20 at 11:44 AM, V7 (CNA) was observed bringing R3 to the bathroom. She (V7) placed R3's wheelchair in front of the toilet seat, grabbed R3's pants by the waist with her (V7) right hand while her (V7) left hand was holding the wheelchair. R3 stood up, hold onto the grab bar with her (R3) right hand and turned herself (R3) to sit in the toilet.

V7 was asked on how to transfer R3. She

F 689

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 145237 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 11/25/2020 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER **GENERATIONS AT REGENCY** | | STREET ADDRESS, CITY, STATE, ZIP CODE 6631 MILWAUKEE AVENUE NILES, IL 60714 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 689 | Continued From page 4 | F 689 | | |

verbalized, "She is a one transfer assist, she has a weak side, and it's the left side. When I do the transfer, I lift her with her pants, she holds onto wheelchair arms and stand up. I balance her. I don't put gait belt on her."

In R3's POS (Physician order sheet) dated 02/06/20, an order was documented: will transfer with assistance of 2 staff members.

According to Restorative progress notes dated 09/02/20, R3 requires extensive assistance of two staff members with transferring and toileting.

R3's care plan on ADL (Activities of Daily Living) Functional/Rehabilitation Potential edited 11/17/20, one of the approaches that has a start date of 07/29/19 indicated: b) Transfer: extensive assist x 2.

On 11/19/20 at 11:13 PM, V5 (Restorative Director) stated in an interview, "On all residents, during transfer, staff needs to wear gait belt. CNAs have their own gait belts so they can use it anytime during transfer. CNAs are supposed to have it on especially if it is a manual transfer. During toileting, CNA has to use the gait belt also. During transfer, she (R3) needs two persons assist with a gait belt."

3. On 11/17/20 at 11:15 AM, R5 was observed moving around in bed. His lower extremities were already on the floor mat and he was slipping out of bed as he move. The bed is in the lowest position with a floor mat on the side. R5 sat on the floor mat. Five minutes later, he was crawling towards the edge of the floor mat to the floor. At this time, V32 (Minimum Data Set, MDS Coordinator) saw surveyor standing outside R5's

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 145237 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 11/25/2020 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| GENERATIONS AT REGENCY | 6631 MILWAUKEE AVENUE NILES, IL 60714 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 689 | Continued From page 5 room, saw R5 and went directly to nurses' station. V33 (Registered Nurse, RN) and V34 (LPN) went immediately to R5's room to assist him (R5) back to bed.

In an interview with V33, she verbalized that R5 is a fall risk patient who needs close monitoring. She further stated, "If residents are on the floor mat, we put them back to bed."

In a review of R5's progress notes dated 11/11/20 and 11/12/20, R5's agitation, restlessness and behavior of rolling and moving around bed was observed. However, there were no documented care plans addressing his (R5) behavior prior to 11/17/20.

4. On 11/17/20 at 12:10 PM, V7 was observed bringing R8 to dialysis unit. R8 was on her wheelchair. V7 placed her (R8) wheelchair in front of the dialysis reclining chair. R8 needs to be transferred to the dialysis chair. V7 was holding R8's right arm while she (R8) stood up and attempted to transfer self but unable to do so. She (R8) sat down on the wheelchair. She attempted to stand up again trying to balance herself (R8) and finally was able to transfer self to the dialysis chair. There was no gait belt use during transfer. V7 was the only one who assisted R8 during transfer.

According to R8's care plan start date: 11/4/19: Approach: a. Transfer: assist x 1, assist x 2 on dialysis days.

Facility's policy titled, "Safe Lifting, Movement and Transfer of Residents" revised date 11/17, stated in part but not limited to the following: Policy Statement: | F 689 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 12/24/2020
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 145237 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br>C<br>11/25/2020 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER<br>**GENERATIONS AT REGENCY** | | STREET ADDRESS, CITY, STATE, ZIP CODE<br>6631 MILWAUKEE AVENUE<br>NILES, IL 60714 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 689 | Continued From page 6<br><br>In order to protect the safety and well-being of staff and residents, and to promote quality care, this facility uses appropriate techniques and devices to lift and move residents.<br>Policy Interpretation and Implementation:<br>11. Safe lifting and movement of residents is part of an overall facility employee health and safety program, which:<br>a. Involves employees in identifying problem areas and implementing workplace safety and injury prevention strategies.<br><br>Facility's policy titled, "Fall Reduction Program" revised 04/19, documented in part but not limited to the following:<br>Objective:<br>It is the policy of this facility to have a Fall Reduction Program that promotes the safety of residents in the facility. The program's intent is to assist clinical staff in determining the needs of each resident through the use of standard assessments, the identification of each resident's individual risks, and the implementation of appropriate interventions, supervision, and/or assistive devices deemed appropriate. Quality Assurance Program will monitor the program to assure ongoing effectiveness.<br>Program Contents:<br>The Fall Reduction Program includes the following components:<br>8. Care Plan incorporates:<br>Identification of individualized risk/issues<br>Modification or implementation of care plan approaches based on newly identified risks or recent fall occurrences.<br>Preventative Measures<br>Standards<br>3. Safety interventions will be determined and implemented based on the assessed, | F 689 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 145237 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 11/25/2020 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER **GENERATIONS AT REGENCY** | | STREET ADDRESS, CITY, STATE, ZIP CODE 6631 MILWAUKEE AVENUE NILES, IL 60714 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| F 689 | Continued From page 7 individualized risks and in accordance with standards of care; interventions to be documented within the resident's care plan. 5. Staff shall maintain communication with appropriate personnel when situations or resident behaviors suggest that the current intervention(s) are not effective. The facility shall re-evaluate as needed to promote safety. 8. Attempts shall be made to implement new or modified interventions as needed to enhance safety and consistent with root cause analysis; new interventions to be communicated to the facility staff through revision of resident care plan and profile to maintain continuity of care. | F 689 | | |