# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Alexander Kumpin

                           Plaintiff,

v.                                                                    Case No.: 1:22−cv−07105
                                                                     Honorable Edmond E. Chang

Generations at Regency, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 6, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: Final judgment was entered against the Plaintiff in this case on 07/20/2023. R. 52. On 01/01/2025, the Plaintiff filed a plethora of filings, R. 53 through R. 61, ranging from a demand for default judgment, R. 53, to a copy of an opinion in another unrelated district court case, R. 58, to correspondence with a landlord, R. 61. To the extent that the filings somehow operate as a motion to vacate judgment, there is no discernible basis to do so. The Plaintiff is warned that further frivolous filings may result in a recommendation to ban the Plaintiff's future filings without advance permission of the Executive Committee of this Court. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.